**Hollis LACY, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 28285.

Court of Criminal Appeals of Texas.

April 25, 1956.

---

No attorney on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is the unlawful transportation of whiskey, gin and beer in a dry area; the punishment, a fine of $250.

The record on appeal contains no statement of facts or bills of exception. All proceedings are regular, and nothing is presented for review.

The judgment is affirmed.